**MARCIA HURD**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
marcia.hurd@usdoj.gov

**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**SHAWN MATTHEW RUSSELL,**<br><br>Defendant. | CR 10-13-H-CCL<br><br>**<u>DECLARATION OF PUBLICATION</u>** |

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 23, 2010, and ending on January 21, 2011. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 27th day of January, 2011.

        **MICHAEL W. COTTER**
        **United States Attorney**

        */s/ Marcia Hurd*
        MARCIA HURD
        Assistant U.S. Attorney
        United States Attorney's Office
        Attorney for Plaintiff

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# COURT CASE NUMBER: CR 10-13-H-CCL; NOTICE OF FORFEITURE

Notice is hereby given that on December 22, 2010, in the case of <u>U.S. v. Shawn Matthew Russell</u>, Court Case Number CR 10-13-H-CCL, the United States District Court for the District of Montana entered an Order condemning and forfeiting the following property to the United States of America:

> Generic CPU, serial number 010805120212; Asus Netbook laptop computer, serial number 890AAQ454620; and Vizio monitor with TV cards, serial number LPAFNAK2700363

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (December 23, 2010) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 901 Front St., Ste. 2100, Helena, MT 59626, and a copy served upon Assistant United States Attorney Marcia Hurd, 2929 3rd Ave. N., Ste. 400, Billings, MT 59101. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between December 23, 2010 and January 21, 2011. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Shawn Matthew Russell

**Court Case No:** CR 10-13-H-CCL
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 12/23/2010 | 24.0 | Verified |
| 2 | 12/24/2010 | 24.0 | Verified |
| 3 | 12/25/2010 | 24.0 | Verified |
| 4 | 12/26/2010 | 24.0 | Verified |
| 5 | 12/27/2010 | 24.0 | Verified |
| 6 | 12/28/2010 | 24.0 | Verified |
| 7 | 12/29/2010 | 24.0 | Verified |
| 8 | 12/30/2010 | 24.0 | Verified |
| 9 | 12/31/2010 | 24.0 | Verified |
| 10 | 01/01/2011 | 24.0 | Verified |
| 11 | 01/02/2011 | 24.0 | Verified |
| 12 | 01/03/2011 | 24.0 | Verified |
| 13 | 01/04/2011 | 24.0 | Verified |
| 14 | 01/05/2011 | 23.5 | Verified |
| 15 | 01/06/2011 | 24.0 | Verified |
| 16 | 01/07/2011 | 24.0 | Verified |
| 17 | 01/08/2011 | 24.0 | Verified |
| 18 | 01/09/2011 | 24.0 | Verified |
| 19 | 01/10/2011 | 24.0 | Verified |
| 20 | 01/11/2011 | 24.0 | Verified |
| 21 | 01/12/2011 | 24.0 | Verified |
| 22 | 01/13/2011 | 23.9 | Verified |
| 23 | 01/14/2011 | 24.0 | Verified |
| 24 | 01/15/2011 | 24.0 | Verified |
| 25 | 01/16/2011 | 24.0 | Verified |
| 26 | 01/17/2011 | 24.0 | Verified |
| 27 | 01/18/2011 | 24.0 | Verified |
| 28 | 01/19/2011 | 24.0 | Verified |
| 29 | 01/20/2011 | 24.0 | Verified |
| 30 | 01/21/2011 | 20.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.