MICHAEL DONAHOE
Deputy Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, MT 59601
Phone: (406) 449-8381
Fax: (406) 449-5651
Email: michael_donahoe@fd.org
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

| UNITED STATES OF AMERICA, | CR 10-13-H-BMM |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT RUSSELL'S UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| SHAWN MATTHEW RUSSELL, | |
| Defendant. | |

**MOTION**

Defendant Shawn Matthew Russell (Mr. Russell), by and through his undersigned counsel, Michael Donahoe, and the Federal Defenders of Montana, respectfully moves this Court to terminate his supervised release pursuant to 18 USC §3583(e)(1) and Federal Rules of Criminal Procedure 32.1(c)(2)(B) and (C).

///

1

## GROUNDS

Mr. Russell has successfully served over 9 years of his 10-year term of supervised release, and he is no longer in need of supervision. The interest of justice is thereby served by releasing Mr. Russell from supervised release early.

## GOVERNMENT'S AND PROBATION OFFICER'S POSITIONS

Ryan G. Weldon, Assistant United States Attorney, has been contacted regarding this motion. The United States take no position and defers to the Court's discretion. Mr. Russell's supervising probation officer, Kade Henderson, has also been contacted. He indicated that Mr. Russell has remained in complete compliance with his supervised release and that he would be able to inform the Court that Mr. Russell has made great changes in his life. Mr. Henderson does not oppose the remaining term of Mr. Russell's supervised release terminating early.

## CONCLUSION

WHEREFORE, based on this motion and the brief that supports it, Mr. Russell prays the Court will terminate his remaining term of supervised release. A brief in support of this motion is filed contemporaneously.

RESPECTFULLY SUBMITTED this 7th day of November 2022.

/s/ Michael Donahoe
MICHAEL DONAHOE
Deputy Federal Defender
Federal Defenders of Montana

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on November 7, 2022, a copy of the foregoing document was served on the following persons by the following means:

  __1__        CM-ECF

  __2__        Mail

1. CLERK, UNITED STATES DISTRICT COURT

1. RYAN G. WELDON
   Assistant U.S. Attorney
   U.S. Attorney's Office - Missoula
   101 East Front Street, Suite 401
   Missoula, MT 59802
       Counsel for the United States of America

2. SHAWN MATTHEW RUSSELL
       Defendant

                                      /s/ Michael Donahoe
                                      FEDERAL DEFENDERS OF MONTANA